```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10120
   NANNETTE E WOODS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8975      SSN XXX-XX-3432

---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/18/06 and confirmed on 11/08/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    6880.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
---------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00           .00         .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE          .00           .00         .00
CITIZENS BANK            SECURED VEHIC       805.00           .00      805.00
JOLIET FURNITURE MART    SECURED             700.00           .00      700.00
FINANCIAL ASSET MGNT     UNSECURED         NOT FILED          .00         .00
COMED                    UNSECURED         NOT FILED          .00         .00
HEALTH SERVICE SYSTEMS   UNSECURED         NOT FILED          .00         .00
PREMIER BANKCARD/CHARTER UNSECURED            248.46          .00      248.46
FISCHER MANGOLD JOLIET   UNSECURED         NOT FILED          .00         .00
NICOR GAS                UNSECURED         NOT FILED          .00         .00
PERSONAL FINANCE         SECURED VEHIC     1200.00            .00     1200.00
SILVER CROSS HOSPITAL    UNSECURED         NOT FILED          .00         .00
JOHN A REED              REIMBURSEMENT      168.00            .00      168.00
PERSONAL FINANCE         UNSECURED             .00            .00         .00
         Summary of disbursements:
---------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2705.00    168.00      248.46        .00         3121.46
PRINCIPAL PAID      2705.00    168.00      248.46        .00         3121.46
INTEREST PAID           .00       .00         .00        .00             .00
TOTAL PAID          2705.00    168.00      248.46        .00         3121.46
The Debtor's attorney, JOHN A REED                , was allowed $    3000.00
and was paid $   3000.00 .

The Trustee received $    253.86 .

Refunds to the Debtor totaled $    504.68 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 06 B 10120 NANNETTE E WOODS